IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NANCY BENITEZ, | § | |
| *Plaintiff,* | § | SA-24-CV-00933-ESC |
| vs. | § | |
| LELAND DUDEK, COMMISSIONER SOCIAL SECURITY,[1] | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On this day, the Court granted the Commissioner's unopposed motion to reverse and remand this action under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner denying Plaintiff's application for benefits under the Social Security Act is reversed and this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 28th day of March, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Martin O'Malley as the defendant in this suit.